LS4_7pt1_Statement.Doc

CV 12        5508

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

LOIS SACKS,

                       Plaintiff,

WALL, M.J.

       -against-

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS INDENTURE TRUSTEE FOR
AMERICAN HOME MORTGAGE INVESTMENT
TRUST 2006-3, MORTGAGE-BACKED NOTES,
SERIES 2006-3; AMERICAN HOME
MORTGAGE; AHM SV, INC.; AMERICAN
HOME MORTGAGE SERVICING INC.;
MERSCORP HOLDINGS, INC., F/K/A
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., F/K/A MERSCORP, INC.,
FEDERAL DEPOSIT INSURANCE
CORPORATION, and JOHN DOES 1-100,000
(described as anyone having or claiming any interest
in American Home Mortgage Investment Trust
2006-3, Mortgage-Backed Notes, Series 2006-3 or
anyone claiming any interest in all or any part of the
property located in Suffolk County, New York,
known as 72 Beckys Path, Bridgehampton, New
York 11932),

                       Defendants.

-----------------------------------------------------------

ECF CASE

Index No.     /2012

LOCAL GENERAL
RULE 7.1
STATEMENT

2012 DEC 26 PM 12:26 FILED CLERK U.S. DISTRICT EASTERN DISTRICT OF NEW YORK

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Lois Sacks certifies that the following are

corporate parents, affiliates and/or subsidiaries of said Lois Sacks, which are publicly held:

None.

**Dated:** New York, New York
December 24, 2012

_____
**Carl E. Person**
*Attorney for the Plaintiff, Lois Sacks*
325 W. 45th Street – Suite 201
New York NY 10036-3803
Tel: (212) 307-4444
Fax: (212) 307-0247
email: carlpers2@gmail.com