Diana M. Eng
**BLANK ROME LLP**
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
Tel: (212) 885-5000
Fax: (212) 885-5001
deng@blankrome.com

*Attorneys for Defendant,/Third Party Plaintiff,*
 Ocwen Loan Servicing, LLC, successor in interest
to Homeward Residential, Inc., f/k/a American Home
 Mortgage Servicing, Inc., as Servicer for Deutsche Bank
National Trust Company, as Trustee for American Home
Mortgage Investment Trust, Mortgage-Backed
Notes, Series 2006-3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK (LONG ISLAND)

| | |
|---|---|
| LOIS SACKS,<br><br>                                    Plaintiff<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3, MORTGAGE-BACKED NOTES, SERIES 2006-3; AMERICAN HOME MORTGAGE; AHM SV, INC.; AMERICAN HOME MORTGAGE SERVICING INC.; MERSCORP HOLDINGS, INC. F/K/A MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. F/K/A MERSCORP, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION, and JOHN DOES 1-100,000 (described as anyone having or claiming any interest in American Home Mortgage Investment Trust 2006-3, Mortgage-Backed Notes, Series 2006-3 or anyone claiming any interest in all or any part of the property located in Suffolk County, New York, known as 72 Beckys Path, Bridgehampton, New York 11932)<br>                                    Defendant. | Civil Action<br><br>Index No. 2:12-cv-06338-LDW-SIL<br><br>**NOTICE OF APPEARANCE** |

OCWEN LOAN SERVICING, LLC AS
SUCCESSOR IN INTEREST TO
HOMEWARD RESIDENTIAL INC., F/K/A
AMERICAN HOME MORTGAGE
SERVICING, INC. AS SERVICER FOR
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS INDENTURE TRUSTEE FOR
AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2006-3, MORTGAGE-
BACKED NOTES, SERIES 2006-3,
                    Third-Party Plaintiff
    v.

ROBERT SACKS; FIDELITY NATIONAL
TITLE INSURANCE COMPANY; and IRA
KAHN;
                    Third-Party Defendants.

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned matter as attorneys for defendant/third-party plaintiff Ocwen Loan Servicing, LLC, successor in interest to Homeward Residential, Inc., f/k/a American Home Mortgage Servicing, Inc., as Servicer for Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Investment Trust, Mortgage-Backed Notes, Series 2006-3

PLEASE TAKE FURTHER NOTICE that demand is hereby made that notice of all future proceedings in the above-captioned matter served upon:

Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Dated: New York, New York **BLANK ROME LLP**
      December 12, 2014

By: _____/s/ Diana M. Eng_____
      Diana M. Eng
      The Chrysler Building
      405 Lexington Avenue
      New York, New York 10174
      Tel: (212) 885-5000
      Fax: (212) 885-5001
      deng@blankrome.com