IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK (LONG ISLAND)

---

LOIS SACKS,

        Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3, MORTGAGE-BACKED NOTES, SERIES 2006-3; AMERICAN HOME MORTGAGE; AHM SV, INC.; AMERICAN HOME MORTGAGE SERVICING INC.; MERSCORP HOLDINGS, INC. F/K/A MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. F/K/A MERSCORP, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION, and JOHN DOES 1-100,000 (described as anyone having or claiming any interest in American Home Mortgage Investment Trust 2006-3, Mortgage-Backed Notes, Series 2006-3 or anyone claiming any interest in all or any part of the property located in Suffolk County, New York, known as 72 Beckys Path, Bridgehampton, New York 11932)

        Defendant,

---

OCWEN LOAN SERVICING, LLC AS SUCCESSOR IN INTEREST TO HOMEWARD RESIDENTIAL INC., F/K/A AMERICAN HOME MORTGAGE SERVICING, INC. AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3, MORTGAGE-BACKED NOTES, SERIES 2006-3,

        Third-Party Plaintiff,

v.

ROBERT SACKS; FIDELITY NATIONAL TITLE INSURANCE COMPANY; and IRA KAHN;

        Third-Party Defendants.

---

Civil Action

Index No. 2:12-cv-06338-LDW-SIL

**APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Rachel G. Packer, an attorney admitted to practice in this Court, hereby appears in the above-captioned matter as attorney for defendant/third-party plaintiff, Ocwen Loan Servicing, LLC, successor in interest to Homeward Residential, Inc., f/k/a American Home Mortgage Servicing, Inc., as Servicer for Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Investment Trust, Mortgage-Backed Notes, Series 2006-3.

Dated: New York, New York
December 2, 2015

**BLANK ROME LLP**

By: */s/ Rachel G. Packer*
Rachel G. Packer (RP1590)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5147
Fax: (917) 332-3041
rpacker@blankrome.com